No. 98–8708. JOHNSON *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 98–8710. JENSEN *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8719. CYR *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 98–8737. MELENDEZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8739. OWAN *v.* GALAZA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8740. McINTOSH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8747. DONALDSON *v.* FAMILY INDEPENDENCE AGENCY. Ct. App. Mich. Certiorari denied.

No. 98–8748. DONALDSON *v.* FAMILY INDEPENDENCE AGENCY. Ct. App. Mich. Certiorari denied.

No. 98–8752. EDWARDS *v.* FRANCHINI ET AL. Ct. App. N. M. Certiorari denied.

No. 98–8756. DEPREE *v.* LIBRARY OF CONGRESS. C. A. D. C. Cir. Certiorari denied.

No. 98–8791. WARD *v.* FRENCH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–8814. BAILEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8815. CRUZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–8826. ALLAMBY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.